### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **GINA MOFFITT** : | |
| : | |
| Plaintiff, : | Case No. 1:19-cv-01235 |
| : | |
| v. : | Judge Solomon Oliver, Jr. |
| : | |
| **TRAVELCENTERS OF AMERICA, LLC** : | |
| : | |
| Defendant. : | |

### JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Plaintiff Gina Moffitt and Defendant TA Operating LLC[1], by and through their undersigned counsel, respectfully request a continuance of the Case Management Conference currently scheduled for December 3, 2019, at 3:00 p.m., as well as the related filing of the Report of Parties' Planning Meeting pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), to January 13, 2020. The Parties request this continuance because Defendant's lead counsel will be out of the state for a previously scheduled mediation in a different matter. January 13, 2020 is the first available date for both Parties and their respective counsel.

---

[1] Plaintiff erroneously lists Defendant as TravelCenter of America, LLC as the Defendant in Plaintiff's First Amended Complaint.

WHEREFORE, the Parties respectfully request that the Court reschedule the Case Management Conference to January 13, 2020 at a time as determined by the Court.

Respectfully submitted,

| | |
|---|---|
| /s/ Florence J. Murray<br>Florence J. Murray (0080292)<br>Jake A. Elliott (0093521)<br>MURRAY & MURRAY CO., L.P.A.<br>111 E. Shoreline Drive<br>Sandusky, OH 44870<br>Phone: (419) 624-3011<br>Facsimile: (419) 624-0707<br>Email: fjm@murrayandmurray.com<br>       jae@murrayandmurray.com<br><br>*Attorneys for the Plaintiff*<br>*Gina Moffitt* | /s/ *Ryan J. Morley*<br>Ryan J. Morley (0077452)<br>Morena L. Carter (0088825)<br>LITTLER MENDELSON, P.C.<br>1100 Superior Avenue, 20th Floor<br>Cleveland, Ohio 44114<br>Phone: (216) 696-7600<br>Facsimile: (216) 696-2038<br>Email: rmorley@littler.com<br>       mlcarter@littler.com<br><br>*Attorneys for Defendant,*<br>TA Operating LLC |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Joint Motion to Continue Case Management Conference* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Ryan J. Morley*
Ryan J. Morley

*One of the Attorneys for Defendants,*
TA Operating LLC

4838-6411-7675.1 048210.1047